District Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FAN JIANG,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>  Defendants. | No. 2:22-cv-1264-MJP<br><br>STIPULATION AND ORDER FOR EXTENSION OF ANSWER DEADLINE<br><br>Noted for Consideration:<br>October 28, 2022 |

The parties, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 10(g) and 16, and hereby jointly stipulate and move for an extension of the deadline for Defendants to respond to the Complaint. Currently, Defendants' responsive pleading to the Complaint is due on November 14, 2022.

A court may modify a deadline for good cause. Fed. R. Civ. P. 6(b). Continuing pretrial and trial dates is within the discretion of the trial judge. *See King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986).

The parties submit there is good cause for an extension of the deadline. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and the Mandamus Act seeking an order to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate Plaintiff's

STIPLUATION AND ORDER FOR
EXTENSION OF DEADLINE (22-cv-1264-MJP)                           - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Form I-539, Application to Extend/Change Nonimmigrant Status, and Form I-765, Application for
2  Employment Authorization.  USCIS anticipates adjudicating the applications shortly, but the
3  agency requires additional time to do so.  Therefore, with the requested extension, this matter may
4  be resolved soon without further involvement of the Court.  Continuing the existing deadline for a
5  responsive pleading will allow the parties to conserve resources because they will not have to
6  expend resources completing work on the case that may become moot once USCIS takes
7  adjudicative action.

        Accordingly, the parties respectfully request that Defendants' time to respond to the Complaint be extended from November 14, 2022 to December 14, 2022.

Dated: October 28, 2022                        Respectfully submitted,

                                                    NICHOLAS W. BROWN
                                                    United States Attorney

                                                    *s/Michelle R. Lambert*
                                                    MICHELLE R. LAMBERT, NYS #4666657
                                                    Assistant United States Attorney
                                                    United States Attorney's Office
                                                    1201 Pacific Avenue, Suite 700
                                                    Tacoma, Washington  98402
                                                    Phone:  206-428-3824
                                                    Email:  michelle.lambert@usdoj.gov
                                                   *Attorneys for Defendants*


                                                    *s/Ralph Hua*
                                                    RALPH HUA WSBA #42189
                                                    Fisher & Phillips LLP
                                                    1700 7th Ave, Ste 2200
                                                    Seattle, WA 98101
                                                    Phone: (206) 247-7014
                                                    Email: rhua@fisherphillips.com

                                                   *Attorneys for Plaintiff*

STIPLUATION AND ORDER FOR    - 2                          UNITED STATES ATTORNEY
EXTENSION OF DEADLINE (22-cv-1264-MJP)                700 S<small>TEWART</small> S<small>TREET</small>, S<small>UITE</small> 5220
                                                                            S<small>EATTLE</small>, W<small>ASHINGTON</small> 98101
                                                                             (206) 553-7970

**ORDER**

The parties having so stipulated, the above is SO ORDERED. Defendants' response to the Complaint is due on or before December 14, 2022.

DATED this 31st day of October, 2022.

MARSHA J. PECHMAN
United States Senior District Judge

STIPLUATION AND ORDER FOR           - 3
EXTENSION OF DEADLINE (22-cv-1264-MJP)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970