District Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FAN JIANG,

            Plaintiff,

    v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, *et al.*,

            Defendants.

No. 2:22-cv-1264-MJP

STIPULATION AND ORDER FOR
EXTENSION OF ANSWER DEADLINE

NOTED FOR CONSIDERATION:
DECEMBER 13, 2022

The parties, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 10(g) and 16, and hereby jointly stipulate and move for an extension of the deadline for Defendants to respond to the Complaint.  Currently, Defendants' responsive pleading to the Complaint is due on December 14, 2022.

A court may modify a deadline for good cause.  Fed. R. Civ. P. 6(b).  Continuing pretrial and trial dates is within the discretion of the trial judge.  *See King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986).

The parties submit there is good cause for an extension of the deadline.  Plaintiff brought this litigation pursuant to the Administrative Procedure Act and the Mandamus Act seeking an order to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate Plaintiff's

STIPULATION AND ORDER FOR
EXTENSION OF ANSWER DEADLINE
2:22-cv-1264-MJP - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Form I-539, Application to Extend/Change Nonimmigrant Status, and Form I-765, Application for Employment Authorization.  USCIS recently adjudicated the application.  However, Plaintiff requires additional time to review the decision and determine the next steps.

Accordingly, the parties respectfully request that Defendants' time to respond to the Complaint be extended from December 14, 2022 to January 13, 2023.


Dated: December 13, 2022                    Respectfully submitted,


NICHOLAS W. BROWN
United States Attorney

*s/Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington  98402
Phone:  206-428-3824
Email:  michelle.lambert@usdoj.gov
*Attorney for Defendants*


*s/Ralph Hua*
RALPH HUA WSBA #42189
Fisher & Phillips LLP
1700 7th Ave, Ste 2200
Seattle, WA 98101
Phone: (206) 247-7014
Email: rhua@fisherphillips.com

*Attorney for Plaintiff*

STIPULATION AND ORDER FOR
EXTENSION OF ANSWER DEADLINE
2:22-cv-1264-MJP - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

**ORDER**

2

3        The parties having so stipulated, the above is SO ORDERED.  Defendants' response to

4    the Complaint is due on or before January 13, 2023.

5

6        DATED this 15th day of December, 2022.

7

8

9    _____

     MARSHA J. PECHMAN
10   United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATION AND ORDER FOR
EXTENSION OF ANSWER DEADLINE
2:22-cv-1264-MJP - 3                                UNITED STATES ATTORNEY
                                                    700 STEWART STREET, SUITE 5220
                                                    SEATTLE, WASHINGTON 98101
                                                    (206) 553-7970